No. 92–7797. OTERO *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–7813. NGUYEN *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92–7823. MALIK *v.* WILHELM, DEPUTY SUPERINTENDENT/ SECURITY, SULLIVAN CORRECTIONAL FACILITY, ET AL. C. A. 2d Cir. Certiorari denied.

No. 92–7824. CAMPBELL *v.* MEDEL ET AL. C. A. 8th Cir. Certiorari denied.

No. 92–7826. HICKS *v.* SENKOWSKI, SUPERINTENDENT, CLINTON CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 92–7839. DOMBY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–7843. BIRKHOLZ *v.* SCHOTT ET AL. Sup. Ct. Mont. Certiorari denied.

No. 92–7844. WOODWARD *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 92–7852. FERDIK *v.* MCFADDEN, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 92–7854. HERRERA *v.* CODY, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 92–7861. GOBLE *v.* OHIO. Ct. App. Ohio, Richland County. Certiorari denied.

No. 92–7862. HAWTHORNE *v.* VASQUEZ, WARDEN. Sup. Ct. Cal. Certiorari denied.

No. 92–7871. CAICEDO *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 92–7873. STEWART *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 92–7876. HOOPAUGH *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.